NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3033

BEN DINKINS, JR.,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC0752090358-I-1

ON MOTION

O R D E R

Ben Dinkins, Jr. moves for reconsideration of the court's dismissal order, to reinstate his petition for review, and for an extension of time to file his brief.

This petition was dismissed by this court on April 7, 2010 for failure to file a brief. Dinkins now moves for an extension of time to file his brief, out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The mandate will be recalled, the court's April 7, 2010 order will be vacated, and the motions will be granted, if Dinkins files his brief within 21 days from the date of filing of this order. No further extensions will be granted.

FOR THE COURT

APR 15 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 15 2010

JAN HORBALY
CLERK

cc: David A. Branch, Esq.
L. Misha Preheim, Esq.